COOLEY LLP
WILLIAM P. DONOVAN, JR. (155881)
(wdonovan@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
NATHANIEL R. COOPER (262098)
(ncooper@cooley.com)
CHRISTINA S. DAVIS (271719)
(cdavis@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500

Attorneys for Defendants
THE HONEST COMPANY, INC.
and JESSICA ALBA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE HONEST COMPANY, INC., SODIUM LAURYL SULFATE (SLS) MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:16-ml-02719-AB-RAO<br><br>MDL No. 2719<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Current Date:   December 19, 2016<br>Proposed Date:  January 9, 2017<br><br>Time:              10:00 a.m.<br>Courtroom:      4 – 2nd Floor<br>Judge:            Hon. André Birotte Jr. |

<u>**STIPULATION**</u>

Plaintiff Staci Seed ("Plaintiff") and defendants The Honest Company, Inc. and Jessica Alba (collectively, "Defendants") hereby stipulate and agree as follows:

1.     WHEREAS, on November 1, 2016, Plaintiff filed a Motion for Appointment of Interim Co-Lead Class Counsel (the "Motion");

2.     WHEREAS, the hearing on Plaintiff's Motion (the "Hearing") was originally noticed for December 5, 2016, and later continued by the Court on its own motion to December 19, 2016;

3.     WHEREAS, on November 18, 2016, the Court also scheduled a Case Management Conference (the "CMC") for December 19, 2016 at 10:00 a.m.;

4.     WHEREAS, counsel for Plaintiff and counsel for Defendants have separate scheduling conflicts and cannot appear for the CMC and Hearing on December 19, 2016; and

5.     WHEREAS, counsel for Plaintiff and counsel for Defendants therefore believe that good cause exists to jointly request that the Court continue the CMC and Hearing to January 9, 2017.

NOW, WHEREFORE, the Parties hereby stipulate and agree and jointly request that the Court continue the CMC and Hearing from December 19, 2016 at 10:00 a.m. to January 9, 2017 at 10:00 a.m.


**SO STIPULATED.**


Dated:  December 2, 2016                    COOLEY LLP


                                            */s/* William P. Donovan, Jr.
                                            William P. Donovan, Jr.

                                            Attorneys for Defendants
                                            THE HONEST COMPANY, INC. and
                                            JESSICA ALBA

**STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND HEARING
2:16-ML-02719-AB-RAO**

1    Dated:  December 2, 2016          PEARSON SIMON & WARSHAW LLP

2

3                                         /s/ Daniel L. Warshaw

4                                         Daniel L. Warshaw

5                                      Attorneys for Plaintiff Staci Seed

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2.

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND HEARING
2:16-ML-02719-AB-RAO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, William P. Donovan, Jr., attest that concurrence in the filing this document has been obtained from each of the other signatories.

December 2, 2016

*/s/* William P. Donovan, Jr.
William P. Donovan, Jr.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.

**STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND HEARING
2:16-ML-02719-AB-RAO**