UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In Re:

The Honest Company Inc Sodium Lauryl Sulfate SLS Marketing and Sales Practice Litigation

Case No.  ML 16-02719-AB (RAOx)

ORDER RE: NOTICE OF SETTLEMENT

THE COURT having been advised by counsel that the above-entitled action has been settled,

IT IS THEREFORE ORDERED that all previously-set dates are **VACATED**. The parties shall file a Motion for Preliminary Approval **within 45 days** of the issuance of this order.  If the parties need more time, they may request it and submit an appropriate proposed order for the Court's approval.  **IT IS SO ORDERED.**

Dated:  February 24, 2017      _____
                                ANDRE BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

1.