DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

DOUGLAS A. MILLEN (*pro hac vice*)
  dmillen@fklmlaw.com
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IN RE: THE HONEST COMPANY, INC., SODIUM LAURYL SULFATE (SLS) MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:16-ML-02719 AB (RAOx)<br><br>**CLASS ACTION**<br><br>**STIPULATION CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. André Birotte Jr. |
|---|---|

872916.1

WHEREAS, on February 15, 2017 the parties filed a Notice of Settlement informing the Court they had reached a class action settlement in principle, and intended to finalize the settlement documents and file a Motion for Preliminary Approval within forty-five days. (Dkt. 21).

WHEREAS, on February 24, 2017, the Court entered an order setting the initial deadline for preliminary approval on April 10, 2017. The Order further stated that "[i]f the parties need more time, they may request it and submit an appropriate proposed order for the Court's approval." (Dkt. 22)

WHEREAS, despite their best efforts, the parties need more time to finalize the settlement documents and file a Motion for Preliminary Approval.

The parties stipulate as follows:

1. The deadline for Plaintiffs to file their Motion for Preliminary Approval shall be continued from April 10, 2017 until May 15, 2017.

DATED: April 4, 2017   **PEARSON, SIMON & WARSHAW, LLP**

By:  */s/ Daniel L. Warshaw*
      DANIEL L. WARSHAW

**FREED KANNER LONDON & MILLEN LLC**

By:  */s/ Douglas A. Millen*
      DOUGLAS A. MILLEN

*Interim Co-Lead Class Counsel*

1 | DATED: April 4, 2017      **COOLEY LLP**

By:    */s/ William P. Donovan, Jr.*
        WILLIAM P. DONOVAN, JR.

*Attorneys for Defendants*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Daniel L. Warshaw, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 4, 2017           **PEARSON, SIMON & WARSHAW, LLP**


By: _____*/s/ Daniel L. Warshaw*_____
             DANIEL L. WARSHAW

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403