COOLEY LLP
WILLIAM P. DONOVAN, JR. (155881)
(wdonovan@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
NATHANIEL R. COOPER (262098)
(ncooper@cooley.com)
CHRISTINA S. DAVIS (271719)
(cdavis@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

Attorneys for Defendant
THE HONEST COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE HONEST COMPANY, INC., SODIUM LAURYL SULFATE (SLS) MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:16-ml-02719-AB-RAOx<br><br>**CLASS ACTION**<br><br>**JUNE 14, 2017 NOTICE OF PROPOSED CLASS ACTION SETTLEMENT UNDER 28 U.S.C. § 1715 TO UNITED STATES ATTORNEY GENERAL & APPROPRIATE STATE OFFICIALS**<br><br>Judge:   Hon. André Birotte Jr. |



WILLIAM P. DONOVAN, JR.
+1 310 883 6435
wdonovan@cooley.com

June 14, 2017

United States Attorney General &
Appropriate State Officials
(Please see attached list for complete list of those served)

**RE: Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
   *In re: The Honest Company, Inc., Sodium Lauryl Sulfate (SLS) Marketing & Sales Practices Litigation*, C.D. Cal. Case No. 16-ML-02719 AB (RAOx)

Dear Counsel or Official:

Defendant The Honest Company, Inc. provides this notice pursuant to 28 U.S.C. § 1715 (codified by the Class Action Fairness Act of 2005 ("CAFA")).  On June 5, 2017, plaintiffs in the above-referenced action filed a proposed Settlement Agreement and Release and motion for preliminary approval of class action settlement.  In accordance with 28 U.S.C. § 1715(b), The Honest Company, Inc. states as follows:

   a.   Enclosed are copies of the original and amended complaints.  28 U.S.C. § 1715(b)(1).  Additionally, the complaints are available online at www.pacer.gov, associated with their respective case numbers.

   b.   Enclosed are copies of plaintiffs' notice of motion and motion for preliminary approval of the proposed settlement and supporting documents, including the Settlement Agreement and Release and the proposed Full Notice and short-form notices (Email, U.S. Mail, Publication Notices), which are subject to court approval and further changes (28 U.S.C. §§ 1715(b)(3), (4)). Plaintiffs' motion is currently set for hearing on July 24, 2017, at 10:00 a.m., in Courtroom 7B of the Los Angeles Courthouse of the United States District Court for the Central District of California, 350 West First Street, Los Angeles, CA  90012.  The hearing date is subject to change without further notice, and the court may rule on the motion without a hearing.  28 U.S.C. § 1715(b)(2).  A final approval hearing has not yet been scheduled.

   c.   There are no other settlements or agreements made between class counsel and counsel for The Honest Company, Inc.  28 U.S.C. § 1715(b)(5).

   d.   There is no final judgment yet.  The proposed Final Order Approving Class Action Settlement and Judgment, which is subject to court approval, will be submitted to the Court in advance of the final approval hearing.  28 U.S.C. § 1715(b)(6).

   e.   It is not feasible to provide the names of all class members who reside in each state, especially since the proposed class-period cut off is still in the future.  Using currently available records to make reasonable approximations, The Honest Company, Inc.



United States Attorney General &
Appropriate State Official
(Please see attached list for complete list of those served)
June 14, 2017
Page Two

  estimates that the proposed settlement class includes more than 1 million purchasers.

f. Persons provide a mailing address and email address when signing up for an Honest.com profile. Persons who purchase Honest products through third party brick-and-mortar stores are not required to provide contact information to Honest. Although The Honest Company, Inc. is not able to determine with certainty the residency of all potential class members, The Honest Company, Inc. has estimated, based on currently available records, the following percentages of settlement class members that are likely located in each state. The estimated proportionate share of the claims of such members to the entire settlement likely parallel the figures below. 28 U.S.C. § 1715(b)(7).

| State | Percent of Class/Recovery |
|---|---|
| California | 20.6% |
| Texas | 7.1% |
| Florida | 5.1% |
| Minnesota | 3.0% |
| Illinois | 4.4% |
| New York | 5.9% |
| Colorado | 2.5% |
| Pennsylvania | 3.2% |
| Washington | 3.5% |
| Virginia | 2.8% |
| North Carolina | 2.5% |
| Ohio | 2.6% |
| Arizona | 2.1% |
| Massachusetts | 2.8% |
| Michigan | 2.6% |
| Wisconsin | 2.0% |
| New Jersey | 2.8% |
| Georgia | 2.1% |
| Missouri | 1.4% |
| Maryland | 1.6% |
| Indiana | 1.4% |
| Tennessee | 1.5% |
| Oregon | 1.6% |
| All other states | Less than 1% |



United States Attorney General &
Appropriate State Official
(Please see attached list for complete list of those served)
June 14, 2017
Page Three

|  | each |
|---|---|

g.    There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  28 U.S.C. § 1715(b)(8).

h.    The persons served with this notice are identified in Attachment A.

If you have any questions about this notice, the above-referenced action, or the enclosures, please contact me.

Sincerely,

*[signature]*

William P. Donovan, Jr.

Enclosures - as stated

**Federal FED EX CAFA Contact List**

| Contact | Company | Address 1 | Address 2 | City | State/Province | Zip/Postal Code |
|---|---|---|---|---|---|---|
| Jeff Sessions | Attorney General | U.S. Department of Justice | 950 Pennsylvania Avenue NW | Washington | DC | 20530-0001 |
| Jahna Lindemuth | Alaska Attorney General | PO Box 110300 | | Juneau | AK | 99811-0300 |
| Steve Marshall | Office of the Attorney General | PO Box 300152 | | Montgomery | AL | 36130-0152 |
| Leslie Rutledge | Arkansas Attorney General | 323 Center St | Suite 200 | Little Rock | AR | 72201-2610 |
| Mark Brnovich | Arizona Attorney General | 1275 W Washington St. | | Phoenix | AZ | 85007-2926 |
| Xavier Becerra | Office of the Attorney General | 1300 I St | Suite 1740 | Sacramento | CA | 95814 |
| Cynthia Coffman | Attorney General | 1300 Broadway | 10th Fl | Denver | CO | 80203 |
| George Jepsen | Office of the Attorney General | 55 Elm St | | Hartford | CT | 06106 |
| Karl Racine | Office of the Attorney General | 441 4th St, NW | Suite 1100S | Washington | DC | 20001 |
| Matthew Denn | Attorney General | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 |
| Pam Bondi | Office of the Attorney General | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399-1050 |
| Chris Carr | Attorney General of Georgia | Office of the Attorney General | 40 Capitol Square, SW | Atlanta | GA | 30334-1300 |
| Douglas S. Chin | Department of the Attorney General | 425 Queen St. | | Honolulu | HI | 96813 |
| Tom Miller | Office of the Attorney General of Iowa | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Lisa Madigan | Illinois Attorney General | 100 W. Randolph St | | Chicago | IL | 60601 |
| Curtis T. Hill, Jr. | Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | Indianapolis | IN | 46204 |
| Derek Schmidt | Kansas Attorney General | 120 SW 10th Ave., 2nd Fl. | | Topeka | KS | 66612-1597 |
| Andy Beshear | Office of the Attorney General | 700 Capitol Ave, Suite 118 | | Frankfort | KY | 40601 |
| Jeff Landry | Office of the Attorney General | 1885 N 3rd St | | Baton Rouge | LA | 70804 |
| Maura Healey | Office of Massachusetts Attorney General | ATTN CAFA Coordinator/General Counsel's Office | One Ashburton Place | Boston | MA | 02108 |
| Brian E. Frosh | Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202 |
| Janet T. Mills | Office of the Maine Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| Lori Swanson | Office of the Attorney General | 1400 Bremer Tower | 445 Minnesota St. | St. Paul | MN | 55101 |
| Jim Hood | Office of the Attorney General State of Mississippi | 550 High St | STE 1200 | Jackson | MS | 39201 |
| Josh Stein | North Carolina Department of Justice Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Wayne Stenehjem | North Dakota Attorney General | State Capitol Dept. 125 | 600 E Boulevard Ave. | Bismarck | ND | 58505 |
| Doug Peterson | Nebraska Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| Joseph A. Foster | Office of the Attorney General | NH Department of Justice | 33 Capitol St. | Concord | NH | 03301 |
| Christopher S. Porrino | Office of the Attorney General | RJ Hughes Justice Complex | 25 Market Street, Box 080 | Trenton | NJ | 08625-0080 |
| Hector Balderas | Office of the New Mexico Attorney General | 408 Galisteo St | | Santa Fe | NM | 87501 |
| Adam Paul Laxalt | Nevada Attorney General | 100 N. Carson St. | | Carson City | NV | 89701 |
| Eric T. Schneiderman | Attorney General | Office of the Attorney General | The Capitol | Albany | NY | 12224-0341 |
| Mike Dewine | Ohio Attorney General | 30 E Broad St, 14th Floor | | Columbus | OH | 43215 |
| Mike Hunter | Oklahoma Office of the Attorney General | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Ellen F. Rosenblum | Oregon Department of Justice Attorney General | 1162 Court St. NE | | Salem | OR | 97301-4096 |
| Josh Shapiro | Pennsylvania Office of Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Peter Kilmartin | Office of the Attorney General | 150 S Main St. | | Providence | RI | 02903 |
| Alan Wilson | South Carolina Attorney General | 1000 Assembly St | | Columbia | SC | 29201 |
| Marty J. Jackley | Office of the Attorney General | 1302 E Hwy 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Herbert H. Slatery, III | Office of the Attorney General | 500 Charlotte Ave | | Nashville | TN | 37243-1401 |
| Ken Paxton | Attorney General of Texas | 300 W 15th St | | Austin | TX | 78701 |
| Sean D. Reyes | Office of the Attorney General | 1594 W N Temple | | Salt Lake City | UT | 84114 |
| Mark R. Herring | Attorney General of Virginia | 202 N 9th St | | Richmond | VA | 23219 |
| TJ Donovan | Office of the Attorney General | 109 State St. | | Montpelier | VT | 05609-1001 |
| Bob Ferguson | Washington State Office of the Attorney General | 1125 Washington St. SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Brad Schimel | Wisconsin Department of Justice Attorney General | 17 W Main St | | Madison | WI | 53703 |
| Patrick Morrisey | Office of the West Virginia Attorney General | State Capitol Complex | Bldg. 1, Room E-26 | Charleston | WV | 25305 |
| Peter K. Michael | Wyoming Attorney General - State Capitol Bldg. | 2320 Capitol Ave | Kendrick BLDG | Cheyenne | WY | 82001 |

**Federal FED EX CAFA Contact List**

| Contact | Company | Address 1 | Address 2 | City | State/Province | Zip/Postal Code |
|---|---|---|---|---|---|---|
| Alaska Attorney General | PO Box 110300 | | | Juneau | AK | 99811-0300 |
| Attorney General | American Samoa Government, Exec. Office Building | Utelei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office | 590 S. Marine Corps Drive | ITC Building, Suite 706 | | Tamuning | GU | 96913 |
| Department of the Attorney General | 425 Queen St. | | | Honolulu | HI | 96813 |
| CNMI Office of the Attorney General | Administration Building | PO Box 10007 | | Saipan | MP | 96950-8907 |
| Puerto Rico Attorney General | PO Box 9020192 | | | San Juan | PR | 00902-0192 |
| Office of the Attorney General | Dept. of Justice, Office of the Attorney General | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | St. Thomas | VI | 00802 |

Case 2:16-ml-02719-AB-RAO   Document 42   Filed 07/31/17   Page 6 of 6   Page ID #:428

| Contact | Company | Address 1 | Address 2 | City | State/Province | Zip/Postal Code |
|---|---|---|---|---|---|---|
| Alaska Attorney General | | | | Juneau | AK | |
| | | | | Pago Pago | | |